Robert J. Cosgrove (RC 8917)
Cheryl D. Fuchs (CF 1116)
WADE CLARK MULCAHY
111 Broadway, 9th Floor
New York, New York 10006
(212) 267-1900
Attorneys for Defendants:  New York University and
New York University Real Estate Corporation


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------  X
IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION                  21 MC 102 (AKH)
                                                                                  07 CV 4463 (AKH)

-----------------------------------------------------------------------  X
FLORA B. DAVILA,

                                        Plaintiff,                       **NOTICE OF THE NYU
                                                                                 DEFENDANTS'
                                                                                 ADOPTION OF
-against-                                                                    ANSWER TO
                                                                                 MASTER
                                                                                 COMPLAINT**
NEW YORK UNIVERSITY and NEW YORK
UNIVERSITY REAL ESTATE
CORPORATION,

                                        Defendants.

-----------------------------------------------------------------------  X


        PLEASE  TAKE  NOTICE  THAT  defendants  NEW  YORK  UNIVERSITY  and

NEW YORK UNIVERSITY REAL ESTATE CORPORATION (collectively referred to

herein as the "NYU Defendants"), as and for their responses to the allegations set

forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master

Complaint filed in the above-referenced action, hereby adopt the NYU Defendants'

Answer to Master Complaint, dated August 3, 2007, that was filed in the matter of *In

re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

        WHEREFORE, the NYU Defendants demand judgment dismissing the above-

captioned action as against each of them, together with their costs and disbursements.

Dated:  New York, New York
          September 12, 2007

                            WADE CLARK MULCAHY

                            /s/

                            _____

                            By: Robert J. Cosgrove (RC 8917)
                            Cheryl D. Fuchs (CF 1116)
                            Attorneys for NYU Defendants
                            111 Broadway, 9th Floor
                            New York, New York 10006
                            (212) 267-1900

STATE OF NEW YORK  )
COUNTY OF NEW YORK ) ss:

Sibil Miranda, being duly sworn, deposes and says:

That I am not a party to the within action, am over 18 years of age and reside in Brooklyn, New York.

That on September 12, 2007, deponent served the within **Notice of NYU Defendants' Adoption of Answer to Master Complaint** upon the attorneys and parties listed below by United States prepaid mail:

TO:

Gregory J. Cannata, Esq.
THE LAW FIRM OF GREGORY J. CANNATA
Plaintiffs's Liaison Counsel
233 Broadway
New York, NY 10279

Robert Grochow, Esq.
ROBERT A. GROCHOW, P.C.
Plaintiffs's Liaison Counsel
233 Broadway
New York, NY 10279

David Worby, Esq.
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Plaintiffs's Liaison Counsel
115 Broadway
New York, NY 10006

James E. Tyrrell, Jr., Esq.
PATTON BOGGS LLP
Defendants' Liasion Counsel
The Legal Center
One Riverfront Plaza
Newark, NJ  07102

Richard Williamson, Esq.
FLEMMING ZULACK WILLIAMSON ZAUDERER, LLP
Defendants' Liaison Counsel
One Liberty Plaza
New York, NY 10006

WILSON ELSER, ET AL
Attorneys for Battery Park City Authority
3 Gannett Drive
White Plains, NY 10604

ESCHEN, FRENKLE & WEISMAN, LLP
Attorneys for Lionshead Development, LLC
20 West Main Street
Bay Shore, NY 11706

ESCHEN, FRENKLE & WEISMAN, LLP
Attorneys for Lionshead 110 Development, LLC
20 West Main Street
Bay Shore, NY 11706

DICKSTEIN  SHAPIRO  MORIN  &
OSHINSKY, LLP
2101 L. Street N.W.
Washington, DC 20037


/s/

_____
Sibil Miranda


Sworn to before me this
12th day of September 2007

/s/

_____
Notary Public