UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------------x
FLORA B. DAVILA,                                                (AKH) 07-4463

                                 Plaintiffs,

    -against-

1221 AVENUE HOLDINGS LLC,
223 BROADWAY OWNERS LLC,
59 MAIDEN LANE ASSOCIATES LLC,
ALAN KASMAN DBA KASCO,
ANN TAYLOR STORES CORPORATION,
BATTERY PARK CITY AUTHORITY,
BFP ONE LIBERTY PLAZA CO.,
BLACKMON-MOORING- STEAMATIC CATASTOPHE, INC.,
D/B/A BMS CAT,
BOARD OF EDUCATION OF THE CITY OF NEW YORK,
BROOKFIELD FINANCIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, LP.,
BROOKFIELD PARTNERS, LP.,
BROOKFIELD PROPERTIES CORPORATION,
BROOKFIELD PROPERTIES HOLDINGS INC.,
CONSTITUTION REALTY LLC,
ENVIROTECH CLEAN AIR, INC.,
GENERAL RE SERVICES CORP.,
GPS ENVIRONMENTAL CONSULTANTS, INC.,
HILLMAN ENVIRONMENTAL GROUP, LLC.,
INDOOR ENVIRONMENTAL TECHNOLOGY,INC,,
JP MORGAN CHASE CORPORATION,
KASCO RESTORATION SERVICES, CO.,
MAZAL GROUP (THE MONIAN GROUP)
MERRILL LYNCH & CO. INC.,
NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC.,
NEW LIBERTY PLAZA LP,
NEW YORK CITY ECONOMIC DEVELOPMENT CORP.,
NEW YORK CITY INDUSTRIAL DEVELOPMENT AGENCY,
NEW YORK CITY INDUSTRIAL DEVELOPMENT CORP.,
NEW YORK CITY SCHOOL CONSTRUCTION AUTHORITY,
NEW YORK UNIVERSITY,
NEWARK KNIGHT FRANK,
NOMURA HOLDING AMERICA, INC.,
NOMURA SECURITIES INTERNATIONAL, INC.,
ONE LIBERTY PLAZA,
ROCKROSE DEVELOPMENT CORP.,
STRUCTURE TONE (UK ) INC.,
STRUCTURE TONE GLOBAL SERVICES INC.,
THAMES REALTY CO,

THE BOARD OF MANAGERS OF THE ONE LIBERTY PLAZA CONDOMINIUM (CONDO #1178)
THE ONE LIBERTY PLAZA CONDOMINIUM (#1178)
TOSCORP INC.,
TRIBECA LANDING LLC,
TUCKER ANTHONY INC.,
VERIZON COMMUNICATIONS, INC.,
VERIZON NEW YORK INC.,
VERIZON PROPERTIES INC.,
WESTON SOLUTIONS, INC.,
WFP ONE LIBERTY PLAZA CO LP,
WFP ONE LIBERTY PLAZA CO GP CORP.,
WFP TOWER A CO.,
WFP TOWER A CO GP CORP.,
WFP TOWER A CO LP.,
WFP TOWER B CO. G.P.,
WFP TOWER B HOLDING CO., LP.,
WFP TOWER B. CO., L.P.
WORLD FINANCIAL PROPERTIES LP,
                                Defendants.
---------------------------------------------------------------------x

## DEFENDANT ENVIROTECH CLEAN AIR INC.'S ANSWER TO THE COMPLAINT BY ADOPTION ("CHECK-OFF COMPLAINT")

PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
       September 14, 2007

                                Yours, etc.
                                FRIEDMAN, HARFENIST, LANGER & KRAUT
                                Attorneys for Defendant –Envirotech
                                3000 Marcus Avenue, Suite 2E1
                                Lake Success, New York 11042
                                (516) 775-5800
                                BY: _____
                                    Heather L. Smar (4622