UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
IN RE WORLD TRADE CENTER LOWER          :   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION      :
:
:
:
:
-----------------------------------------------------------------X
FLORA B DAVILA,                          :   07-CV-04463-AKH
:
                   Plaintiff,   :   **APPEARANCE**
:
  - against -                            :
:   **ELECTRONICALLY FILED**
1221 AVENUE HOLDINGS, LLC, *et al.*,     :
:
                 Defendants.  :
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York         DICKSTEIN SHAPIRO LLP
       October 3, 2007

                              By:    /s/ Judith R. Cohen
                                    _____
                                  Judith R. Cohen (JC-8614)
                                  1177 Avenue of the Americas
                                  New York, New York 10036
                                  Phone: (212) 277-6500
                                  Fax: (212) 277-6501

                                  *Attorney for Defendant*
                                  MERRILL LYNCH & CO., INC.


DOCSNY-271428v01