Frank A. Scanga, Esq. (FS 1460)
477 Madison Avenue
21st Floor
New York, New York 10022
(212) 758-4040

Attorney for Defendants: 233 Broadway Owners LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION

21 MC 102(AKH)

THIS DOCUMENT ONLY APPLIES TO THOSE
CASES IN THE WORLD TRADE CENTER
LOWER MANHATTAN DISASTER SITE
LITIGATION BEARING DOCKET NUMBER(S)

FEDERAL CIVIL
RULE 7.1 DISCLOSURE
STATEMENT

06CV1520
06CV5339

IN WHICH 233 BROADWAY OWNERS LLC
PARTIES ARE DEFENDANTS
-----------------------------------------------------------------X

SIRS:

Defendants, 233 Broadway Owners LLC by their attorney, Frank A. Scanga, Esq, are privately held companies. No publicly held corporation owns 10 percent or more of its stock.

Dated: New York, New York
       July 31, 2007

FRANK A. SCANGA, ESQ.
Attorney for Defendants,
233 Broadway Owners LLC
477 Madison Avenue
21st Floor
New York, New York 10022
(212) 758-4040

By: _____
    Frank A. Scanga (FS 1460)