UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION
THIS DOCUMENT APPLIES TO ALL WORLD
TRADE CENTER DISASTER LITIGATION

21 MC 102(AKH)

NOTICE OF APPEARANCE

-------------------------------------------------------------------X

To the Clerk of the Court and all parties of record:

Enter appearance of the undersigned as counsel in this case for defendants, 233 Broadway Owners LLC.

The undersigned certifies that he is admitted to practice in this Court.

Dated: New York, New York
       October 5, 2007

By: _____
    Frank A. Scanga (FS 1460)

FRANK A. SCANGA, ESQ.
Attorney for Defendants,
233 Broadway Owners LLC
477 Madison Avenue
21st Floor
New York, New York 10022
(212) 758-4040