Gail L. Ritzert, Esq. (GR6120)
HAVKINS ROSENFELD RITZERT & VARRIALE, LLP
114 Old Country Road, Suite 300
Mineola, New York 11501
(516) 620-1700

Attorneys for Defendants Newmark & Company Real Estate, Inc. i/s/h/a Newmark Knight Frank

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
IN RE: WORLD TRADE CENTER LOWER           MASTER CASE NO.
MANHATTAN DISASTER SITE LITIGATION        21 MC 102 (AKH)
------------------------------------------------------------------------X
FLORA B DAVILA,                            DOCKET NO.
                                           07-CV-4463
                    Plaintiff,
                                           NOTICE OF NEWMARK &
         -against-                         COMPANY REAL ESTATE,
                                           INC. i/s/h/a NEWMARK
1221 AVENUE HOLDINGS, LLC, et al.,         KNIGHT FRANK ADOPTION
                                           OF ANSWER TO MASTER
                                           COMPLAINT
                    Defendants.
------------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that defendants NEWMARK & COMPANY REAL ESTATE, INC. i/s/h/a NEWMARK KNIGHT FRANK (hereinafter referred to as "NEWMARK"), as and for their response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt the NEWMARK Answer to Master Complaint, dated October 15, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

**PLEASE TAKE FURTHER NOTICE**, NEWMARK, reserve the right to file any Amended Answer and the right to interpose Cross-Claims against any and all defendants and third-party defendants.

**WHEREFORE**, NEWMARK & COMPANY REAL ESTATE, INC. i/s/h/a NEWMARK KNIGHT FRANK demands judgment dismissing the above-captioned action as against each of them, together with their costs and disbursements.

Dated: Mineola, New York
      October 15, 2007

                                      HAVKINS ROSENFELD RITZERT
                                      & VARRIALE, LLP

                                        By: _____
                                                 Gail L. Ritzert, Esq.  (GR6120)
                                        Attorneys for Defendant
                                        *NEWMARK & COMPANY REAL ESTATE, INC.*
                                        *i/s/h/a NEWMARK KNIGHT FRANK*
                                        114 Old Country Road, Suite 300
                                        Mineola, New York 11501
                                        (516) 620-1710
                                        File No. 03138-0429

01158428