Frank A. Scanga, Esq. (FS 1460)
477 Madison Avenue
21st Floor
New York, New York 10022
(212) 758-4040

Attorney for Defendants: Constitution Realty Co. LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION

21 MC 102(AKH)

THIS DOCUMENT ONLY APPLIES TO THOSE
CASES IN THE WORLD TRADE CENTER
LOWER MANHATTAN DISASTER SITE
LITIGATION BEARING DOCKET NUMBER(S)

FEDERAL CIVIL
RULE 7.1 DISCLOSURE
STATEMENT

07CV4463

IN WHICH THE COGSWELL REALTY GROUP
LLC PARTY IS A DEFENDANT
-------------------------------------------------------------------X

SIRS:

   Defendant, Constitution Realty Co. LLC, by their attorney, Frank A. Scanga, Esq, is a privately held company. No publicly held corporation owns 10 percent or more of its stock.

Dated: New York, New York
       November 20, 2007

                                       FRANK A. SCANGA, ESQ.
                                       Attorney for Defendants,
                                       Constitution Realty Co. LLC
                                       477 Madison Avenue
                                       21st Floor
                                       New York, New York 10022
                                       (212) 758-4040

                             By:  _____
                                       Frank A. Scanga (FS 1460)