Frank A. Scanga, Esq. (FS 1460)
477 Madison Avenue
21st Floor
New York, New York 10022
(212) 758-4040

Attorney for Defendant:
Constitution Realty Co. LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION
------------------------------------------------------------X   21 MC 102(AKH)
FLORA B. DAVILA,

                                  Plaintiff(s),        07CV4463 (AKH)

    -against-                                 NOTICE OF ADOPTION OF
                                                         ANSWER TO MASTER
1221 AVENUE HOLDINGS, LLC, et al.        COMPLAINT

                                  Defendant(s).
------------------------------------------------------------X

    **PLEASE TAKE NOTICE** that Defendant, CONSTITUTION REALTY CO. LLC (hereinafter referred to as "CONSTITUTION REALTY") by it's attorney, Frank A. Scanga, Esq., as and for it's response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master Complaint filed in the above-referenced action, hereby adopts it's Answer to the Master Complaint dated, filed and served November 20, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH). The responses to all of the allegations in the Master Complaint are adopted herein and are applicable to the Check-Off Complaint served and filed herein.

    **PLEASE TAKE FURTHER NOTICE** that defendant, CONSTITUTION REALTY, reserves the right to serve and file an amended answer and specifically reserves the right to

interpose a cross-claim against any and all co-defendants.

**PLEASE TAKE FURTHER NOTICE** that defendant, CONSTITUTION REALTY, also adopts all affirmative defenses and the jury demand herein.

**WHEREFORE**, the defendant CONSTITUTION REALTY demands judgment dismissing the above-captioned actions as against it together with it's costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       November 20, 2007

                                FRANK A. SCANGA, ESQ.
                                Attorney for Defendants,
                                Constitution Realty Co. LLC
                                477 Madison Avenue
                                21st Floor
                                New York, New York 10022
                                (212) 758-4040

                        By:     _____
                                Frank A. Scanga (FS 1460)

To:   Worby Groner Edelman & Napoli Bern
      115 Broadway, 12th Floor
      New York, NY 10006
      (212) 267-3700

      Robert A. Grochow, Esq.
      233 Broadway, 5th Floor
      New York, New York 10279
      (212) 608-4400

      Gregory J. Cannata, Esq.
      233 Broadway, 5th Floor
      New York, New York 10279
      (212) 553-9206