UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
                                                                   :

IN RE: WORLD TRADE CENTER LOWER:        21 MC 102 (AKH)
MANHATTAN DISASTER SITE LOCATION
                                                :       ELECTRONICALLY FILED
                                                :

-----------------------------------------------------------------x
FLORA B. DAVILA,                                :
                                                        Case No.: 07CV4463 (AKH)
                        Plaintiff,              :
                v.                                      **NOTICE OF ADOPTION OF**
                                                :       **MASTER ANSWER BY**
1221 AVENUE HOLDINGS, LLC, ET. AL.,                     **DEFENDANT JPMORGAN**
                                                :       **CHASE BANK N.A.**

                        Defendants.
-----------------------------------------------------------------x

        PLEASE TAKE NOTICE THAT defendant JPMorgan Chase Bank N.A. as and

for its responses to the allegations set forth in the Complaint by Adoption (Check-off Complaint)

related to the Master Complaint filed in the above referenced action, hereby adopts its Master

Answer to the Master Complaint, dated August 3, 2007, which was filed in the matter of *In re*

*World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

        WHEREFORE, defendant JPMorgan Chase Bank N.A. respectfully requests that

the above captioned actions be dismissed, with costs, attorneys' fees, disbursements, and such

other relief as the Court deems just and proper.

Dated: New York, New York
        December 13, 2007

                                SATTERLEE STEPHENS BURKE & BURKE LLP


                                By: /s/James J. Coster_____
                                        James J. Coster (JC-1431)
                                230 Park Avenue


714277_1

New York, New York 10169
Tel.: (212) 818-9200
Fax: (212) 818-9606
Attorneys for Defendant
JPMorgan Chase Bank N.A.

TO:   Gregory J. Cannata, Esq.
Law Office of Gregory J. Cannata
233 Broadway
New York, NY 10279

Robert Grochow, Esq.
Law Office of Robert Grochow
233 Broadway
New York, NY 10279

Christopher LoPalo, Esq.
Worby Groner Edelman Napoli and Bern
115 Broadway, 12th Floor
New York, New York 10006

714277_1